

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.R. and I.R., children,  * From the 326th District Court
of Taylor County,
Trial Court No. 8126-CX.

No. 11-16-00203-CV  * January 17, 2017

* Memorandum Opinion by Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court insofar as it terminated the mother's parental rights, and we remand this cause to the trial court for further proceedings to be commenced within 180 days of this court's mandate.